Helen Debes et al., Appellants, *v.* Brooklyn & Queens Transit Corporation, Respondent.

Argued May 17, 1939; decided May 31, 1939.

*Morris H. Hofstadter* for appellants.

*Andrew F. Van Thun, Jr.,* and *W. Harry Sefton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.